

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2016

No. 04-16-00437-CV

Michael E. **GEIGER**,
Appellant

v.

Paul A. **HAMPEL**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI13615
Honorable Renée Yanta, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Appellant's motion to stay this proceeding is DENIED.

It is so ORDERED on October 14, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court